

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

*(All Actions Consolidated for Pretrial Purposes Only)*

*COUNTER-DEFENDANTS:*

| | |
|---|---|
| DELIA ANDREWS | Civil Action No. 2:05cv2115LTS-JMR |
| JOHN BONNER, JR. AND BESSIE BONNER | Civil Action No. 2:05cv2116LTS-JMR |
| BARBARA BOYD | Civil Action No. 2:05cv2117LTS-JMR |
| CHARLOTTE D. COOK | Civil Action No. 2:05cv2118LTS-JMR |
| GLENNIS COOLEY | Civil Action No. 2:05cv2119LTS-JMR |
| MARY CROSBY | Civil Action No. 2:05cv2120LTS-JMR |
| MILDRED EDMONSON | Civil Action No. 2:05cv2121LTS-JMR |
| JEANNIE M. EILAND | Civil Action No. 2:05cv2122LTS-JMR |
| JOHNNY L. EVANS AND JULIA A. EVANS | Civil Action No. 2:05cv2123LTS-JMR |
| BERTHA GARNER | Civil Action No. 2:05cv2124LTS-JMR |
| ROMANDA R. GARNER | Civil Action No. 2:05cv2125LTS-JMR |
| ERIC T. GREEN | Civil Action No. 2:05cv2126LTS-JMR |
| TERRI R. GRENIER | Civil Action No. 2:05cv2127LTS-JMR |
| CHRISTOPHER L. HARRIS | Civil Action No. 2:05cv2128LTS-JMR |
| CAROLYN JONES AND JERRY L. JONES | Civil Action No. 2:05cv2129LTS-JMR |
| OLIVER KNIGHT AND BOBBIE KNIGHT | Civil Action No. 2:05cv2130LTS-JMR |
| ALBERT LOSTON AND MELISSA LOSTON | Civil Action No. 2:05cv2131LTS-JMR |
| JOHNNY E. MCDONALD | Civil Action No. 2:05cv2132LTS-JMR |
| ALICE MUSGROVE | Civil Action No. 2:05cv2133LTS-JMR |
| JAMES B. MYRICK | Civil Action No. 2:05cv2134LTS-JMR |
| ALAN W. PUGH | Civil Action No. 2:05cv2135LTS-JMR |
| LINDA G. SHELBY AND JAMES SHELBY | Civil Action No. 2:05cv2136LTS-JMR |
| JOSEPH SULLIVAN AND MARIA SULLIVAN | Civil Action No. 2:05cv2137LTS-JMR |
| BELINDA M. ULMER | Civil Action No. 2:05cv2138LTS-JMR |
| MICHAEL W. WELBORN | Civil Action No. 2:05cv2139LTS-JMR |
| ADDIE WILLIAMS | Civil Action No. 2:05cv2140LTS-JMR |

v.

*COUNTER-PLAINTIFFS:*

AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL FINANCE, INC.,
OF MISSISSIPPI; CREDIT CENTERS, INC.,
d/b/a AMERICAN GENERAL FINANCE, INC.;
MERIT LIFE INSURANCE COMPANY; and
YOSEMITE INSURANCE COMPANY

### AGREED ORDER GRANTING EXTENSION OF TIME FOR COUNTER-PLAINTIFFS TO SERVE RESPONSE AND RESPONSE MEMORANDUM IN OPPOSITION TO COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTER-PLAINTIFFS' COUNTERCLAIM

CAME BEFORE THE COURT FOR HEARING the *ore tenus* motion of Counter-Plaintiffs American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc., a Delaware corporation, on behalf of itself and as successor to American General Finance, Inc., a Mississippi corporation, Merit Life Insurance Company ("Merit"), and Yosemite Insurance Company ("Yosemite"), agreed to by Counter-Defendants, to grant Counter-Plaintiffs an extension of time to serve their response and response memorandum in opposition to Counter-Defendants' Motion to Dismiss Counter-Plaintiffs' Counterclaim, in each of these severed Actions (which have been consolidated for all pre-trial proceedings). (02/24/06 C-Defs. Mtn. Dism. C-Cl, docket no. 37 in 2:05cv2115, and various other docket numbers in the remainder of these consolidated Actions.)[1] Recognizing that this is an Agreed Order, this Court FINDS the relief requested to be well-taken.

---

[1] In the interest of brevity, all docket citations herein are to the lowest case numbered consolidated Action, no. 2:05cv2115. However, as these Actions are consolidated for all pretrial purposes, pursuant to this Court's severance Order, this Order applies to all Counter-Defendants' Motions to Dismiss Counter-Plaintiffs' Counterclaim in each of the above-captioned consolidated Actions. See (11/03/05 Sev. Order at 6 at ¶6, docket no. 1 in 2:05cv2115.)

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that Counter-Plaintiffs shall serve their response and response memorandum in opposition to Counter-Defendants' Motion to Dismiss Counter-Plaintiffs' Counterclaim, (02/24/06 C-Defs. Mtn. Dism. C-Cl, docket no. 37 in 2:05cv2115, and various other docket numbers in the remainder of these consolidated Actions.), no later than Friday, March 17, 2006.

SO ORDERED, this the 13th day of March, 2006.

SENIOR _____
          UNITED STATES DISTRICT JUDGE

AGREED:


s/Roman A. Shaul

Roman A. Shaul (MSB #99873)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

**ATTORNEYS FOR COUNTER-DEFENDANTS**


s/E. Barney Robinson III

E. Barney Robinson III (MSB #9432)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) barney.robinson@butlersnow.com

Charles E. Griffin (MSB #5015)
GRIFFIN & ASSOCIATES
Post Office Box 968
Jackson, Mississippi 39205-0968
(T) (601) 354-0603
(F) (601) 354-0604
(E) ceg@griffinlawyers.com

**ATTORNEYS FOR COUNTER-PLAINTIFFS**


Jackson 1287337v.1